IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KEALY MARTREZ WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 115-089 |
| FNU DIXON, Officer, and FNU PORTER, Officer, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 6.) Despite objecting to the Report and Recommendation, Plaintiff has not returned his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms, the reason for dismissal. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 2nd day of September, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA